DONNA BELLE ALLEN, APPELLEE, V. JOSEPH BERNARD ALLEN, APPELLANT.

395 N.W.2d 551

Filed October 31, 1986. No. 86-276.

R. Bradley Dawson, for appellant.

R.W. Satterfield, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.

This is an appeal from a property division award incident to a dissolution action. After reviewing the matter de novo to determine whether the trial court abused its discretion, *Guggenmos v. Guggenmos*, 218 Neb. 746, 359 N.W.2d 87 (1984), we find we agree with the disposition made in the division of property ordered by the trial court.

The judgment of the district court is therefore affirmed.

AFFIRMED.